UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROBERT FELICIANO and JOSE GONZALEZ,

                              Plaintiff,

        -against-

COUNTY OF SUFFOLK, SERGEANT
BURKE, POLICE OFFICERS SULLIVAN
AND LILLY AND UNIDENTIFIED
SUFFOLK COUNTY POLICE OFFICERS
AGENTS AND EMPLOYEES,

                              Defendants.
-----------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

CV03-2201 (ENV)(ETB)

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

       **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
       August 21, 2006

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788
By: Richard T. Dunne
Assistant County Attorney

Robert Feliciano
Plaintiff Pro se
P.O. Box 421
Bayshore, New York 11706

                **SO ORDERED:**
            **Dated: Central Islip, New York**

                      _____, 2006

                **ERIC N. VITALIANO, U.S.D.J.**